UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES, | No. 2:19-cv-0342-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 8, 2019, the court dismissed his amended complaint with leave to amend within 30 days. ECF No. 12. On October 23, 2019, plaintiff filed a second amended complaint. ECF No. 15. The following day, plaintiff filed a motion asking for a 30-day extension of time to file his amended complaint. ECF No. 17. It is unclear whether plaintiff wishes to proceed on his second amended complaint or file a third amended complaint to supersede it. Out of an abundance of caution, the requested extension is GRANTED, and, on or before December 8, 2019, plaintiff shall file either a third amended complaint or a filing informing the court that he wishes to proceed on the October 23, 2019 second amended complaint.

Dated: November 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE