1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-00342-MCE-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE COMPLY WITH COURT ORDERS |

　　　　On September 28, 2020, the court informed plaintiff that he could proceed with his viable Eighth and Fourteenth Amendment claims against defendants Gualco and Tredinnick, and his Eighth Amendment claim against defendant County of Placer.  ECF No. 28.  All other claims were dismissed with leave to amend.  *Id*. at 6-7.  Plaintiff was ordered to file, within 30 days, a notice of election advising the court whether he elects to proceed with the viable claims or file an amended complaint.  *Id*. at 7-8.  To date, plaintiff has neither filed a notice of election nor otherwise responded to the court's September 28, 2020 order.

　　　　To manage its docket effectively, the court imposes deadlines and requires litigants to meet those deadlines.  When a plaintiff fails to comply with court-imposed deadlines, the court may dismiss the plaintiff's case for failure to prosecute.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v. U.S. Forest Serv.,* 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among

our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."). Involuntary dismissal is a harsh penalty, but the court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given an opportunity to explain why the court should not dismiss his case for failure prosecute and failure to comply with the court's September 28, 2020 order. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this case. Accordingly, plaintiff must show cause within twenty-one days of the date of entry of this order why the court should not dismiss his case for failure to prosecute and failure comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall also file his notice of election.

IT IS SO ORDERED.

Dated:    December 4, 2020                                       

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE