UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD DYLAN JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLACER COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00342-MCE-JDP (PC)<br><br>ORDER DISCHARGING THE DECEMBER 4, 2020 ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT<br><br>ECF Nos. 30, 31<br><br>THIRTY-DAY DEADLINE TO FILE A FIFTH AMENDED COMPLAINT |

On September 28, 2020, the court informed plaintiff that he could proceed on the Fourth Amendment complaint's viable Eighth and Fourteenth Amendment claims against defendants Gualco and Tredinnick and Eighth Amendment claim against defendant County of Placer. ECF No. 28. All other claims were dismissed with leave to amend. *Id*. at 6-7. Plaintiff was ordered to file, within 30 days, a notice of election advising the court whether he elects to proceed with the viable claims or file an amended complaint. *Id*. at 7-8. After he failed to do so, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute and for failure to comply with court orders. ECF No. 31. Plaintiff was also notified that if he wished to continue with this action, he must file his notice of election. *Id*. at 2.

In response, plaintiff has filed a motion to amend the complaint in which he states, among other things, that he elects to amend his complaint. ECF No. 31 at 4. Plaintiff's motion will be

1

granted. Further, given that plaintiff has now notified the court of his election to amend the complaint, the order to show cause will be discharged.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to amend the complaint, ECF No. 31, is granted;

2. Plaintiff shall file a fifth amended complaint within thirty-days of the date of this order; and

3. The December 4, 2020 order to show cause, ECF No. 30, is discharged.

IT IS SO ORDERED.

Dated:   December 18, 2020                              _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE